UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GARRY E. SHIDLER, )<br>)<br>        Petitioner, )<br>v. )<br>)<br>BRUCE LEMMON, )<br>)<br>        Respondent. ) | No. 2:09-cv-356-WTL-JMS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 04/12/2010

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Pamela Sue Moran
INDIANA OFFICE OF THE ATTORNEY GENERAL
pamela.moran@atg.in.gov

Garry E. Shidler
DOC #125968
Wabash Valley Correctional Facility - Inmate Mail/Parcels
6908 S. Old U.S. Highway 41
P.O. Box 1111
Carlisle, IN 47838-1111